## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___First___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Luis G. Rojas          JOINT DEBTOR:_____CASE NO.:__13-35594-RAM

Last Four Digits of SS#xxxx7759      Last Four Digits of SS#xxxx

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

A.    $317.68 for months  1  to 36; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3,650  TOTAL PAID $1,500
                       Balance Due    $ 2,150 payable $ 215.00 /month (Months 1  to 10)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date  $
Address:_____   Arrears Payment    $_____/month (Months _____ to _____)
_____           Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $
                            Payable        $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors:  Pay $ 70.92 /month (Months 1 to 10) and Pay $ 285.92 /month (Months 11 to  36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditors Bank of America Account No: xxxx7181, Bank of America Account No: xxx6997 and Honda Financial Account No: xxxx1133 are being paid directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                              Joint Debtor
Date: 11/21/2013                    Date:_____