UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                   Case No.: 13-35594-BKC-RAM
                                                         Chapter 13
Luis Gustavo Rojas,
                Debtor(s).
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE FEDERAL
TAX RETURNS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW**, Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, by and through undersigned counsel, and files the instant Motion to Dismiss and states as follows:

1.  The Debtor's confirmed Chapter 13 plan [ECF No. 16] requires the Debtor(s) to provide the Trustee with her Federal Tax returns on or before May 15 for each year the case is pending.

2.  11 U.S.C. § 521(f) enables the Trustee to request the Debtor's Federal tax returns.

3.  As of January 27, 2017, the Trustee has not received the Debtor's 2013-2015 tax returns.

4.  The Trustee requests the Court enter an order dismissing the Debtor's bankruptcy for failure to comply with the terms within the Debtor's confirmed Chapter 13 Plan.

**WHEREFORE**, the Trustee requests this Honorable Court dismiss the Debtor's case for failure to comply with the terms within the confirmed Chapter 13 plan and for any other such relief as may be deemed necessary by the Court.

Respectfully submitted:
NANCY K. NEIDICH, ESQ.
CHAPTER 13 TRUSTEE
/s/                                                      .
By:      ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO.: 0091727
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Dated:      FEB    1  2017

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) on      FEB    1  2017      and

By U.S. first class mail:

Luis Gustavo Rojas
15505 SW 57th Terrace
Miami, FL 33193-2521

/s/                                                      .
By:      ADISLEY CORTEZ-RODRIGUEZ, ESQ.